UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN AMHIRRA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>TAMMY FITTING, in her official capacity<br>as Immigration Judge, et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:25-cv-05800-TL<br><br>ORDER ON MOTION FOR<br>TEMPORARY RESTRAINING<br>ORDER |

This matter is before the Court on Plaintiff Hassan Amhirra's emergency motion for a temporary restraining order ("TRO"). Dkt. No. 17. Plaintiff seeks "to hold in abeyance his immigration merits hearing scheduled for October 28, 2025, at [3]:00 PM,[1] until his right to a qualified interpreter is assured and appropriate remedial measures are determined to remedy the failure to provide interpretation at the preliminary hearings." *Id.* at 4. Having reviewed the motion and the relevant record, the Court DENIES Plaintiff's motion.

---

[1] Plaintiff inconsistently represents that his immigration hearing is scheduled for 1:00 p.m. on October 28, 2025, and at 3:00 p.m. on that date. *See* Dkt. No. 17 at 4, 5. The Government has advised the Court that the hearing is scheduled for 3:00 p.m. *See* Gov't's Resp. at 1, *Amhirra v. Warden*, No. C25-1376 (W.D. Wash. Oct. 28, 2025), Dkt. No. 36.

ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER – 1

1    Plaintiff is an "indigenous Amazigh (Berber) man who primarily speaks Tamazight

2 (Haouz region dialect)" who is not proficient in English. *Id.* at 6. The Government has been

3 engaged in a protracted effort to remove Plaintiff from the United States since Fall 2024 (*see*

4 Dkt. No. 1 (complaint) ¶¶ 4, 20), but the Department of Homeland Security's ("DHS") inability

5 to communicate with Plaintiff in a language he understands has continually frustrated the

6 Government's objective. *See id.* ¶¶ 23, 25–27, 46–48, 51–52, 56–58. Plaintiff is presently

7 detained at the Northwest Immigration and Customs Enforcement ("ICE") Processing Center in

8 Tacoma, Washington (*see* Dkt. No. 17 at 6), where he has been held since on or about September

9 15, 2024 (Dkt. No. 1 ¶ 4). The Government has brought Plaintiff before an immigration judge on

10 several occasions, but Plaintiff "has not been able to fully comprehend the dialogue or

11 adequately communicate with the [immigration court], due to the lack of an interpreter in his

12 language." Dkt. No. 17 at 6.

13    Plaintiff is "currently in removal proceedings before the immigration court" in Tacoma.

14 *Id.* Most recently, DHS has set a merits hearing on Plaintiff's removal "for October 28,

15 2025, . . . before Immigration Judge Tammy Fitting at the Tacoma Immigration Court." *Id.* at 7.

16 In the instant motion, Plaintiff seeks "to enjoin Respondents from going forward with the

17 October 28 hearing until the Court can adjudicate [Plaintiff's] due process claim and order an

18 appropriate remedy such as a new preliminary hearing with a qualified interpreter or other relief

19 deemed just and proper." *Id.* at 8.

20    The Government, through its counsel, advises the Court "that the immigration court

21 anticipates that an interpreter will appear by video" at Plaintiff's hearing. United States Resp. at

22 1, *Amhirra v. Warden*, No. C25-1376 (W.D. Wash. Oct. 28, 2025), Dkt. No. 36. "[T]he

23 immigration court has ordered an interpreter for the Aulouz dialect of Tamazight." *Id.* Given the

24 Government's representation that it intends to cure Plaintiff's due process concerns by providing

1    him with the specific remedy he seeks—i.e., an interpreter—the Court does not find it necessary

2    to issue an extraordinary order to maintain the status quo. Moreover, Plaintiff has asserted that,

3    each time he has been brought before an immigration judge with whom he has been unable to

4    communicate, the immigration judge has halted the proceedings because of due-process

5    concerns. *See* Dkt. No. 1 ¶¶ 27, 48. So long as Plaintiff has been unable to meaningfully

6    participate in his removal proceedings, the Government has declined to force the issue.

7    Therefore, under present circumstances, the relief requested by Plaintiff in his motion is

8    unnecessary, and Plaintiff's motion (Dkt. No. 17) is DENIED.

9

10    Dated this 28th day of October 2025.

11

12                                                    Tana Lin
                                                      United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24